# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Diamond, Paul S | 2. Court or Organization  U.S. District Court, EDPA | 3. Date of Report  5/2/2006 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Article III Judge active

**5a. Report Type** (check appropriate type)

☐ Nomination,    Date
☐ Initial    ☒ Annual    ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**
01/01/2005
to
12/31/2005

**7. Chambers or Office Address**

United States District Court
601 Market Street, Room 6613
Philadelphia, PA 19106

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of Attorney | See Assets in Part VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Diamond, Paul S | 5/2/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Matthew Bender | $ 1,549.38 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ███████ - Teaching |
| 2. 2005 | ██████ Teaching |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Diamond, Paul S | 5/2/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Diamond, Paul S | 5/2/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 1. First Trust Bank (Money Market Account) | A | Interest | N | T | | | | | |
| 2. First Trust Bank (1st Class Plus Account) | A | Interest | J | T | | | | | |
| 3. Wachovia Bank | A | Interest | K | T | | | | | |
| 4. Citizens Bank | A | Interest | J | T | | | | | |
| 5. Citizens Bank | A | Interest | J | T | | | | | |
| 6. 401 (K) Plan - Investsmart X | | None | M | T | Sell | 10/12 | M | | |
| 7. Scudder Flag Value Builder (A) X | | | | | | | | | |
| 8. Delaware Select Growth Fund (A) X | | | | | | | | | |
| 9. AM. Funds Wash. Mutual Investors Fund (A) X | | | | | | | | | |
| 10. Pension Plan - Investsmart X | | None | M | T | Sell | 10/12 | M | | |
| 11. Am. Funds Wash. Mutual Investors Fund (A) X | | | | | | | | | |
| 12. Vanguard Total Stock Market Index Fund (Inv) X | | | | | | | | | |
| 13. Am. Funds Cap. World Gro. & Inc. Fund (A) X | | | | | | | | | |
| 14. Scudder Flag Value Builder (A) X | | | | | | | | | |
| 15. PIMCO Total Return Fund (A) X | | | | | | | | | |
| 16. GARTMORE MORLEY STABLE ADVISOR X | | | | | | | | | |
| 17. Washington Mutual Accounts (Power of Attorney) | A | Interest | L | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Diamond, Paul S | 5/2/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chase Bank (Power of Attorney) | A | Interest | L | | | | | | |
| 19. Emmigrant Savings Bank (Power of Attorney) | A | Interest | L | | | | | | |
| 20. IRA #1 | D | Dividend | N | T | | | | | |
| 21. Davis New York Venture A (NYVTX) | | | | | Buy | 10-18 | L | | |
| 22. Ivy Global Natural Resources A (IGNAX) | | | | | Buy | 10-18 | K | | |
| 23. Davis Real Estate A (RPFRX) | | | | | Buy | 10-18 | K | | |
| 24. FPA Perennial (FPPFX) | | | | | Buy | 1018 | K | | |
| 25. Keeley Small Cap Value Fund (DSCVX) | | | | | Buy | 10-18 | K | | |
| 26. Drefus International Small Cap A (DSMAX) | | | | | Buy | 10-18 | K | | |
| 27. Thornburg International Value A (TGVAX) | | | | | Buy | 10-18 | K | | |
| 28. Dodge & Cox Income (DODIX) | | | | | Buy | 10-18 | K | | |
| 29. Oppenheimer International Bond A (OIBAX) | | | | | Buy | 10-18 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Diamond, Paul S | 5/2/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The broker for the assets listed in Part VII, lines 6,7,8,9,10,11,12,13,14,15 and 16 was Investsmart. These investments were termed on 10/12/05. Two new power of attorneys were added on lines 18 and 19. New purchases were made on 10/18/06 by the new broker, RBC Dain Rauscher which are listed on lines 20 through 29.

| Name of Person Reporting | Date of Report |
|---|---|
| Diamond, Paul S | 5/2/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____ May 2, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544